## INDUSTRIAL COMMISSION v POLCEN

Ohio Appeals, 8th Dist, Cuyahoga Co

No. 9383. Decided March 4, 1929

Messrs. Gilbert Bettman, Cincinnati, Arthur Krauss and R. D. Metzner, Cleveland, for Industrial Commission.

Messrs. Locher. Green & Woods, Cleveland, for Polcen.

### EPITOMIZED OPINION

Where plaintiff had been employed for upwards of ten years in a chemical plant and at the time complained of and for a considerable period theretofore had been working in the chemical department, and

it appeared that employes in this department were subjected to sulphuric fumes and vapors which caused them to cough and sneeze, a violent coughing spell which seized plaintiff while so employed, resulting in an inguinal hernia causing disablement, entitles him to compensation for an injury arising out of his employment; nor can such condition be attributed to an occupational disease.

Opinion by ROBERTS, J.
MIDDLETON & MAUCK, J. J., concur.